# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:07CV173

| | |
|---|---|
| EDDIE LEE MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| WARD FARMS TRUCKING, LLC, | ) |
| WARD FARMS, LLC, WARD FARMS, | ) |
| INC., MAXIE EUGENE FRANKS, AND | ) |
| LYNN FRANKS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff, Eddie Lee Miller and Defendants, Ward Farms Trucking, LLC, Maxie Eugene Franks and Lynn Franks (collectively referred to as "the parties"), by and through their respected counsel, have moved this Court, pursuant to 28 U.S.C. § 1447(c), to remand the above-captioned case from the United States District Court for the Western District of North Carolina to the Superior Court Division of Mecklenburg County, North Carolina (Document #3) filed May 14, 2007.

IT IS ORDERED that the Joint Motion to Remand is hereby **GRANTED**.

Signed: May 15, 2007

David C. Keesler
United States Magistrate Judge