# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Eddie Lee Millier,

    Plaintiff(s),

vs.

Ward Farms Trucking, LLC, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07cv173

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/15/07 Order.

Signed: May 15, 2007

Frank G. Johns, Clerk
United States District Court